ACCEPTED
01-15-00228-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
12/28/2015 12:00:00 AM
CHRISTOPHER PRINE
CLERK

No. 01-15-00440-CV

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/28/2015 11:09:00 AM
CHRISTOPHER A. PRINE
Clerk

IN THE FIRST DISTRICT COURT OF APPEALS OF TEXAS

IN RE ERNEST R. KOONCE, RELATOR

Original Proceeding From the 127th Judicial District Court of
Harris County
Cause No. 2010-64752

REQUEST FOR THE COURT TO TAKE JUDICIAL NOTICE OF THE
TRIAL COURT'S NOTICE OF FINAL DISPOSITION OF THE CASE

ERNEST R. KOONCE
Pro Se
15938 Fleetwood Oaks Drive
Houston, Texas 77079
Tel: (832) 434-3183
Fax: (832) 328-7171
rayk469@gmail.com

No. 01-15-000228 and 01-15-00440

_____

IN THE FIRST COURT OF APPEALS OF TEXAS

_____


IN RE ERNEST R. KOONCE, RELATOR


_____

Original Proceeding From the 127th Judicial District Court of Harris
County, Texas
Cause No. 2010-64752


_____


REQUEST FOR THE COURT TO TAKE JUDICIAL NOTICE OF THE
TRIAL COURT'S NOTICE OF FINAL DISPOSITION OF THE CASE

ERNEST R. KOONCE
RELATOR, Pro Se
15938 Fleetwood Oaks Drive
Houston, Texas 77079
Tel: (832) 434-3183
Fax: (832) 328-7171
rayk469@gmail.com

IDENTITY OF PARTIES AND THEIR COUNSEL

Relator, Ernest R. Koonce, hereby certifies that the following are the list of parties and their respective counsel, if any, to the best of his knowledge and understanding of the rules.

PARTIES                                          COUNSEL

Relator
ERNEST R. KOONCE                                 Pro Se


Respondent

HONORABLE RK SANDILL                             127thth Civil District
                                                 Court of Harris County, TX
                                                 201 Caroline, 10th Floor
                                                 Houston, Texas 77002
                                                 Court Phone Number:
                                                 (713) 368-6161

Chris Daniels                                    201 Caroline
Harris County District Clerk                     Houston, Texas 77002


Real Party in Interest:

WELLS FARGO BANK, NA                             Bradley Chambers
                                                 Texas Bar No. 2400186
                                                 Valerie Henderson
                                                 Texas Bar No. 24078655
                                                 Baker, Donelson, Bearman,
                                                 Caldwell & Berkowitz, P.C.
                                                 1301 McKinney Street
                                                 Suite 3700
                                                 Houston, Texas 77010
                                                 (713) 650-9700 – Telephone
                                                 (713) 650-9701 – Facsimile
                                                 vhenderson@bakerdonelson.com

TO THE HONORABLE COURT OF APPEALS OF TEXAS:

Ernest R. Koonce, Relator, and those similarly situated, respectfully submits this request for the Court to take judicial notice of the trial court's notice of final disposition of this case. Appendix "A1" is a true and correct, certified copy of Exhibit "A1" to Koonce's response to Wells Fargo's plea in abatement filed in the 295th Judicial Court of Harris County ("Third Lawsuit"), "Judge Baker's" court under cause no. 2010-79323. The Court should note this is a postcard from the court showing the case was nonsuited and final disposition. There's no indication of any partial nonsuit, it was a notice the entire case had been dismissed.

Although it might not be as clear as it should have been, WF's position at the 8/12/12 hearing is inconsistent with its current position. At the 8/12/12 hearing (See RR, P.3-4), WF claimed it had a right to file the late cross-complaint because it was done during the court's plenary power. This is inconsistent with its current claims that WF Trust is a separate entity and wasn't nonsuited. WF changes positions in its pursuit of vexatious litigation as often as a new mother changes diapers, and whenever it suits them, just to get an unfair advantage and take advantage of

a pro se litigant. This type of conduct, if tolerated, breeds disrespect for and threatens the integrity of our judicial system. Likewise with WF admittedly filing multiple lawsuits on the same cause of action. These changes in position and intentional delays by the trial court and WF have impaired Koonce's rights. The trial court dismissed the case in its entirety, and then months or years later, decided to reinstate it without notice, without a hearing and without any jurisdiction to do so. This substantially impaired Koonce's rights to the nonsuit and dismissal of the entire action.

Lastly, Koonce asks this Court to take judicial notice of *Mullane v. Cent. Hanover Bank & Trust Co.,* 339 U.S. 306, 314, 70 S.Ct. 652, 657, 94 L.Ed. 865 (1950). It is "[a]n elementary and fundamental requirement of due process" that notice must be "reasonably calculated, under all the circumstances, to apprise interested parties of the pendency of the action and afford them an opportunity to present their objections."*Mullane v. Cent. Hanover Bank & Trust Co.,* 339 U.S. 306, 314, 70 S.Ct. 652, 657, 94 L.Ed. 865 (1950). "The notice must be of such nature as reasonably to convey the required information and it must afford a reasonable time for those interested to make their appearance." *Id.,* [Internal

citations omitted]. "[W]hen notice is a person's due, process which is a mere gesture is not due process."

Dated: December 27, 2015

Word Count: 445

Respectfully submitted,

 /s/ Ernest Ray Koonce
Ernest Ray Koonce


CERTIFICATE OF SERVICE

In accordance with Texas Rules of Appellate Procedure, Rule 9.5, I hereby certify that a true and correct copy of the above document was delivered via E-Filing to opposing counsel.

 /s/ Ernest Ray Koonce
Ernest Ray Koonce

APPENDIX A1

RETURN SERVICE REQUESTED

FIRST CLASS
PRESORT
US POSTAGE
PAID
HOUSTON, TX
PERMIT # 9719

CRT - 127 CASE - 201064752 *
KOONCE, ERNEST RAY *
VS *
BARCLAYS CAPITAL REAL ESTATE *
BE ADVISED ON 11/17/2011 THE *
FOLLOWING ACTIVITY OCCURRED, *
NONSUIT/DISMISSAL, FINAL (RUL*
*ERNEST RAY KOONCE
*15938 FLEETWOOD OAKS DRIVE
*HOUSTON TX
*77079
*
*
*
*
*
*
*
CHRIS DANIEL *
DISTRICT CLERK, HARRIS COUNTY*

FILED
Chris Daniel
District Clerk

DEC 1 0 2011

Time: _____
By _____
Harris County, Texas
Deputy

11 DEC 16 PM 9: 23

Exhibit "A1"



I, Chris Daniel, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   December 24, 2015

Certified Document Number:        50863168 Total Pages:  1

Chris Daniel, DISTRICT CLERK

HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**